# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY HAWES,

    Petitioner,

vs.

THE STATE OF NEVADA,

    Respondent.

Case No. 3:08-CV-00151-LRH-(VPC)

**ORDER**

    Petitioner has submitted a Notice of Appeal (#1) from a decision of the Nevada Supreme Court that denied a post-conviction petition for a writ of habeas corpus. This Court does not have appellate jurisdiction over decisions of the Nevada Supreme Court. If Petitioner wishes to challenge the validity of his detention pursuant to a state-court judgment of conviction, then he must file a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in a new action.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** for lack of jurisdiction. The Clerk of the Court shall enter judgment accordingly.

    DATED this 3rd day of April, 2008.

                                                                    LARRY R. HICKS
                                                        UNITED STATES DISTRICT JUDGE