AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

GARY HAWES,

      Petitioner,             JUDGMENT IN A CIVIL CASE

V.

                                  CASE NUMBER:  3:08-cv-00151-LRH-VPC

THE STATE OF NEVADA,

      Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for lack of jurisdiction.

  April 3, 2008                                                               **LANCE S. WILSON**
                                                                                     Clerk

                                                                                   /s/ Kalani Lizares
                                                                                     Deputy Clerk